NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MATTHEW JAMES,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-1754
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Matthew James, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.